# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Nickolas Eli Zegarac,                                  Civil No. 15-cv-2193 (PJS/TNL)

        Petitioner,

v.                                                                **ORDER**

C. Nickrenz, Warden,

        Respondent.

---

Nickolas Eli Zegarac, 11180-030, RRM Kansas City, 400 State Avenue, Room 131, Kansas City, KS 66101 (*pro se* Petitioner); and

Anna H. Voss, D. Gerald Wilhelm, and David W. Fuller, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 23, 2015 [Docket No. 8], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Petitioner's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED AS MOOT**.

      LET JUDGMENT BE ENTERED ACCORDINGLY.


Date: July 17, 2015                                   s/Patrick J. Schiltz
                                                               The Honorable Patrick J. Schiltz
                                                               United States District Court Judge
                                                               for the District of Minnesota